EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON #4532
Chief, Violent Crime Section

LORETTA SHEEHAN
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail: loretta.sheehan@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR04 00479 SOM |
| Plaintiff, | ) | INDICTMENT |
| v. | ) | |
| KIRK HAAKE, | ) | [18 U.S.C. §§ 922(g)(1), 922(g)(9)] |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On an exact date unknown, but on or about November 2, 2004, the defendant, KIRK HAAKE, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, to wit, a

Beretta .32 caliber revolver, bearing serial number SN L54671, and .32 caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a).

## COUNT 2

The Grand Jury further charges:

On an exact date unknown, but on or about November 2, 2004, in the District of Hawaii, KIRK HAAKE, having been previously convicted of a misdemeanor crime of domestic violence, did knowingly possess in and affecting commerce a firearm, to wit, a Beretta .32 caliber revolver, bearing serial number SN L54671 and .32 caliber ammunition.

//
//
//
//
//
//
//
//
//
//
//
//

All in violation of Title 18, United States Code, Section 922(g)(9).

DATED: December 22, 2004 at Honolulu, Hawaii.

A TRUE BILL

/S/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

*[signature]*

RONALD G. JOHNSON
Chief, Violent Crimes Section

*[signature]*

LORETTA SHEEHAN
Assistant U.S. Attorney

USA v. KIRK HAAKE
Indictment
Cr. No. _____